UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN MARIE RISPOLI,<br><br>    Plaintiff,<br><br>vs.<br><br>KING COUNTY, DEPARTMENT OF TRANSPORTATION, METRO DIVISION, and DEPARTMENT OF YOUTH SERVICES,<br><br>    Defendants. | Case No. 04-1500L<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND RESPONSIVE MEMORANDUM |

This matter comes before the Court on plaintiff's "Motion for Leave to File Amended Response to Defendants' Motion for Protective Order Limiting Discovery." Dkt. # 83. The underlying motion for protective order was granted on August 29, 2005. See Dkt. # 113. Plaintiff's motion to amend its responsive memorandum is denied as moot.

DATED this 2nd day of September, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION FOR
LEAVE TO AMEND RESPONSIVE MEMORANDUM- 1