1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

16

KAREN MARIE RISPOLI,

        Plaintiff,

    vs.

KING COUNTY, DEPARTMENT OF
TRANSPORTATION, METRO DIVISION,
and DEPARTMENT OF YOUTH
SERVICES,

        Defendants.

Case No.  04-1500L

ORDER GRANTING COUNSEL'S
MOTION TO WITHDRAW

17

18

19

20

      This matter comes before the Court on Stan Lippmann's "Motion for Withdrawal."
Dkt. # 132.[1]  Neither plaintiff nor defendants opposed Mr. Lippmann's withdrawal as attorney of
record from the above-captioned matter.  The motion is hereby GRANTED.

21

22

      DATED this 14th day of October, 2005.

23

24

25

*Mr S Lasnik*

Robert S. Lasnik,
United States District Judge

26

27

28

    [1]  Contrary to Local Civil Rule 7(b)(1), Mr. Lippman failed to submit a proposed order with his
motion.

ORDER GRANTING COUNSEL'S
MOTION TO WITHDRAW- 1