1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAREN MARIE RISPOLI,                        )
                                            )   No. C04-1500L
                     Plaintiff,             )
                                            )
          vs.                               )   ORDER GRANTING PLAINTIFF'S
                                            )   MOTION FOR RELIEF FROM
                                            )   DEADLINE
                                            )
KING COUNTY, *et al.,*                      )
                                            )
                     Defendants.            )
                                            )

    This matter comes before the Court on "Plaintiff's Amended Motion for Relief from Deadline for Filing of Motion for Reconsideration of Order Granting in Part Defendants' Motion for Summary Judgment." Dkt. # 150.  Having reviewed the memoranda and declarations submitted by the parties, the motion for relief from deadline is hereby GRANTED.  The deadline for the filing of the motion for reconsideration is hereby enlarged to November 21, 2005, and plaintiff's Motion for Reconsideration filed on November 19, 2005, shall be considered timely filed and properly noted for consideration on November 21, 2005.  Defendants' request for an award of attorney's fees is DENIED.

DATED this 7th day of December, 2005.

*Mrt S Lasnik*
Robert S. Lasnik
United States District Judge

Order Granting Plaintiff's Motion
for Relief from Deadline