The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KAREN MARIE RISPOLI,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KING COUNTY d/b/a DEPARTMENT OF TRANSPORTATION, METRO DIVISION, and DEPARTMENT OF YOUTH SERVICES,<br><br>　　　　　　Defendant. | No. C04-1500 MJP<br><br>STIPULATED ORDER EXTENDING THE DEADLINE TO FILE MOTIONS IN LIMINE<br><br>NOTE ON MOTION CALENDAR:<br>March 29, 2006 |

## I.　ORDER

This matter having come on regularly before the undersigned judge of the above-entitled court; and both sides being represented by counsel; and the court being fully advised;

IT IS HEREBY ORDERED that the deadline for filing motions in limine is amended as follows: Motions in limine may be filed up to and including March 31, 2006.

DATED this _31st_ day of __March__ , 2006.

　　　　　____/s Marsha J. Pechman_____
　　　　　HONORABLE MARSHA J. PECHMAN
　　　　　United States District Court Judge

//

---

STIPULATED ORDER EXTENDING THE
DEADLINE FOR FILING MOTIONS IN LIMINE- 1
C04-1500 MJP

**Norm Maleng**, Prosecuting Attorney
CIVIL DIVISION
Employment Section
King County Administration Building
500 Fourth Avenue, Suite 900
Seattle, Washington 98104
(206) 296-8820 Fax (206) 296-0420

Presented by:

By: _s/Stephen G. Teply_____
STEPHEN G. TEPLY, WSBA No. 22332
PATRICIA A. EAKES, WSBA No. 25155
Senior Deputy Prosecuting Attorneys
Attorneys for Defendants


By: _s/Dwight Van Winkle_____
DWIGHT VAN WINKLE, WSBA #28700
Attorney for Plaintiff

STIPULATED ORDER EXTENDING THE
DEADLINE FOR FILING MOTIONS IN LIMINE- 2
C04-1500 MJP

**Norm Maleng**, Prosecuting Attorney
CIVIL DIVISION
Employment Section
King County Administration Building
500 Fourth Avenue, Suite 900
Seattle, Washington 98104
(206) 296-8820 Fax (206) 296-0420