The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KAREN MARIE RISPOLI, | No. C04-1500 MJP |
| Plaintiff, | |
| vs. | STIPULATED ORDER EXTENDING THE DEADLINE TO FILE THE AGREED PRETRIAL ORDER |
| KING COUNTY d/b/a DEPARTMENT OF TRANSPORTATION, METRO DIVISION, and DEPARTMENT OF YOUTH SERVICES, | NOTE ON MOTION CALENDAR: April 6, 2006 |
| Defendant. | |

## I.   ORDER

This matter having come on regularly before the undersigned judge of the above-entitled court; and both sides being represented by counsel; and the court being fully advised;

IT IS HEREBY ORDERED that the deadline for filing the agreed pretrial order is extended from April 7, 2006 to April 19, 2006.

DATED this _7th_ day of ___April___ , 2006.


__/s Marsha J. Pechman_____
HONORABLE MARSHA J. PECHMAN
United States District Court Judge

STIPULATED ORDER - 1
C04-1500 MJP

**Norm Maleng**, Prosecuting Attorney
CIVIL DIVISION
Employment Section
King County Administration Building
500 Fourth Avenue, Suite 900
Seattle, Washington 98104
(206) 296-8820 Fax (206) 205-0447

1  Presented by:

2

3  By: s/Stephen G. Teply
   STEPHEN G. TEPLY, WSBA No. 22332
   PATRICIA A. EAKES, WSBA No. 25155
4  Senior Deputy Prosecuting Attorneys
   Attorneys for Defendants

5

6

7  By: s/Dwight Van Winkle
   DWIGHT VAN WINKLE, WSBA #28700
8  Attorney for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATED ORDER - 2
C04-1500 MJP

**Norm Maleng**, Prosecuting Attorney
CIVIL DIVISION
Employment Section
King County Administration Building
500 Fourth Avenue, Suite 900
Seattle, Washington 98104
(206) 296-8820 Fax (206) 205-0447