UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAREN MARIE RISPOLI,

        Plaintiff,

    v.

KING COUNTY, et al.,

        Defendants.

Case No. C04-1500MJP

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF KAREN MARIE RISPOLI , and on behalf of DEFENDANT KING COUNTY in the amount of $8,413.55  as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.   COPY COSTS | $2,419.28 | $1,209.64 | $1,209.64 |

Clerk reduced costs allowed for copying to an amount that more accurately represents trial exhibits actually admitted at trial.

| II.   SERVICE FEES | $555.37 | $322.66 | $232.71 |
|---|---|---|---|

Service fees for witnesses that did not actually testify were disallowed.

| III.  DEPOSITION COSTS | $12,456.41 | $5,485.21 | $6,971.20 |
|---|---|---|---|

Only costs for transcripts of depositions actually used were allowed. Costs for video deposition were allowed since the video was actually presented to the court for viewing.

TAXATION OF COSTS – 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| IV. TRANSCRIPT | $448.25 | $448.25 | 0 |

Absent specific prior authorization by the court, the cost of trial transcripts are deemed to be for the convenience of counsel and are not taxable.

Dated this _____ 28th _____ day of JULY, 2006 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS – 2