UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAREN RISPOLI,

        Plaintiff(s),

  v.

KING COUNTY, et al.,

        Defendant(s).

NO. C04-1500P

ORDER ON MOTION FOR A NEW TRIAL

The above-entitled Court, having received and reviewed:

1.   Plaintiff's Motion for a New Trial

2.   Defendants' Response to Plaintiff's Motion for a New Trial

3.   Plaintiff's Reply to Defendants' Response to Plaintiff's Motion for a New Trial

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS HEREBY ORDERED that the motion is DENIED.

Plaintiff's motion is based entirely on allegations of erroneous evidentiary rulings prior to, and during the course of, her trial. Without going into a point-by-point analysis of Plaintiff's objections, the Court bases the denial of the motion for a new trial on the following grounds:

    A.   The reasons for each of the evidentiary rulings to which Plaintiff objects were announced in the record.

    B.   Plaintiff was given multiple opportunities to make offers of proof to permit the Court to understand the nexus between the evidence which was being proffered and the elements of the causes of action which comprised Plaintiff's case.

    C.   The limits which were imposed on Plaintiff's evidentiary offerings were directly related to Plaintiff's failure to identify (via interrogatory answers) the activities which formed

the "adverse employment action" element of Plaintiff's retaliation claim. The result was the dismissal of eight of Plaintiff's nine causes of action; *see* Judge Lasnik's Order Granting in Part Defendants' Motion for Summary Judgment (Dkt. No. 142).

The clerk is directed to provide copies of this order to all counsel of record.

Dated: August _3_, 2006

/s/ Marsha J. Pechman

Marsha J. Pechman
U.S. District Judge

ORD ON MTN
FOR NEW TRIAL - 2