UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAREN RISPOLI,

          Plaintiff(s),

    v.

KING COUNTY, et al.,

          Defendant(s).

NO. C04-1500P

ORDER RE: DESIGNATION OF
RECORD/PREPARATION OF
TRANSCRIPT (FRAP 10(3))

The above-entitled Court, having received and reviewed:

1.    Defendants-Appellees' Designation of Additional Parts of the Record Pursuant to FRAP

       10(3)(B) and Response Pursuant to Circuit Rule 10-3.1(B) to Appellant's Notice of

       Transcripts to Be Ordered and Statement of Issues Pursuant to Circuit Rule 10-3.1(A)

2.    Plaintiff-Appellant's Certification and Explanation of Unnecessity of Defendant-Appellee's

       Designation of Additional Parts of the Record, Pursuant to Ninth Circuit Rule 10-3.1(f)

and all exhibits and declarations attached thereto, makes the following ruling:

       IT IS HEREBY ORDERED that Plaintiff-Appellant shall arrange for the entire trial transcript,

including all testimony and any side-bar discussions, to be prepared and submitted to the Ninth Circuit

for review.

       The clerk is directed to provide copies of this order to all counsel of record.

       Dated:  October _4_, 2006

Marsha J. Pechman
U.S. District Judge

ORDER RE:
TRANSCRIPT - 1